IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HJALMAR RODRIGUEZ, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-10 (MTT) |
| Commissioner HOMER BRYSON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends that Defendants Linda Adair, June Bishop, Homer Bryson, Edward Hale Burnside, David Butts, Gary Caldwell, Bruce Chatman, Gregory Dozier, Karen Forts, Mary Gore, Sharon Lewis, Martin, Rodney McCloud, William Powell, Darrel Reid, Eric Sellers, Fredrick Sutton, and Captain Williams's motion to sever (Doc. 100) be denied. Doc. 105 at 1, 4. The Defendants have objected to the Recommendation (Doc. 110), and, pursuant to 28 U.S.C. § 636(b), the Court has performed a de novo review of the portions of the Recommendation to which the Defendants object. *See also* Fed. R. Civ. P. 72(b)(3). The Magistrate Judge recommends finding that Plaintiff Hjalmar Rodriguez, Jr.'s claims are sufficiently related to permit joinder under Rule 18 and Rule 20 and that severance would not serve the interests of judicial efficiency. Doc. 105 at 2-4. Further, the Magistrate Judge recommends the Defendants' argument that joinder of Rodriguez's claims would undermine the principles of qualified immunity should be rejected. *Id.* The Court agrees with and adopts the proposed findings, conclusions, and recommendations of the Magistrate Judge. Moreover, the Court notes the Defendants

have not established that any party would be prejudiced by denial of their motion. See *Fisher v. Ciba*, 245 F.R.D. 539, 542 (S.D. Ala. June 20, 2017) ("The touchstone of the Rule 20 joinder/severance analysis is whether the interests of efficiency and judicial economy would be advanced by allowing the claims to travel together, and *whether any party would be prejudiced.*"). Therefore, the Recommendation (Doc. 105) is **ADOPTED as amended** and made the order of this Court. Accordingly, the Defendants' motion to sever (Doc. 100) is **DENIED**.

**SO ORDERED**, this the 21st day of March, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT