# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| HJALMAR RODRIGUEZ, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-10 (MTT) |
| Commissioner HOMER BRYSON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff Hjalmar Rodriguez, Jr. has filed an "Objection/Response" to United States Magistrate Judge Charles H. Weigle's Order (Doc. 106) denying his motion to appoint counsel (Doc. 95). Doc. 112. The Court construes this as an objection pursuant to Federal Rule of Civil Procedure 72(a). The Court has considered the objection and finds Rodriguez has not established that the Magistrate Judge's rulings were clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A) ("A [district court may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law."). Accordingly, Rodriguez's objection (Doc. 112) is **REJECTED** and the Magistrate Judge's Order (Doc. 106) is **AFFIRMED**.

**SO ORDERED**, this the 21st day of March, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT